AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC  ) | |
| *Plaintiff*  ) | |
| v.  ) | Case No. 2:23-cv-00382-JRG-RSP |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELE  ) | |
| *Defendant*  ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COBBLESTONE WIRELESS, LLC                                                                                                                             .

Date:   09/06/2023

/s/ Neil A. Rubin
*Attorney's signature*

Neil A. Rubin SBN 250761
*Printed name and bar number*

RUSS, AUGUST & KABAT
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025

*Address*

nrubin@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*