UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:23-cv-00382-JRG-RSP

Name of party requesting extension: Cellco Partnership d/b/a Verizon Wireless

Is this the first application for extension of time in this case?   ☑ Yes   ☐ No

If no, please indicate which application this represents:   ☐ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 08/29/2023

Number of days requested:   ☐ 30 days   ☐ 15 days   ☑ Other 45 days

New Deadline Date: 11/03/2023   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Adam Ahnhut

State Bar No.: TX 24106983

Firm Name: Alston & Bird LLP

Address: 2200 Ross Ave. #2300
Dallas, Texas 75201

Phone: 214-922-3453

Fax: 214-922-3899

Email: adam.ahnhut@alston.com

A certificate of conference does not need to be filed with this unopposed application.