## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § | Case No. 2:23-cv-00382 |
| *Plaintiff*, | § | (Lead Case) |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| CELLCO PARTNERSHIP d/b/a VERISON WIRELESS | § | |
| | § | |
| *Defendant* | § | |
| | § | |
| | § | |
| COBBLESTONE WIRELESS, LLC, | § | Case No. 2:23-cv-00380-JRG-RSP |
| | § | (Member Case) |
| *Plaintiff*, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| AT&T SERVICES INC.; et al. | § | |
| | § | |
| *Defendants*. | § | Case No. 2:23-cv-00381-JRG-RSP |
| | § | (Member Case) |
| COBBLESTONE WIRELESS LLC | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| T-MOBILE USA, INC. | | |

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, AT&T Mobility LLC, AT&T Services, Inc., and AT&T Corp. ("Defendants") provide the following disclosures:

AT&T Mobility LLC, a Delaware limited liability company, is owned by the following companies: SBC Long Distance, LLC; AT&T Investment & Tower Holdings, LLC; BellSouth Mobile Data, Inc.; and New Cingular Wireless Services, Inc.

AT&T Services, Inc., a Delaware corporation, is a wholly-owned subsidiary of AT&T Inc.  AT&T Corp., a New York corporation, is a wholly-owned subsidiary of AT&T Inc.  None of the foregoing companies other than AT&T Inc. is a publicly traded company.

All of the foregoing companies other than AT&T Inc. are direct or indirect subsidiaries of AT&T Inc. AT&T Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange. To the best of AT&T Inc.'s knowledge, there is no one person or group that owns 10% or more of the stock of AT&T Inc. AT&T Inc. has no parent corporation.

DATED:  November 3, 2023

Respectfully submitted,

Alston & Bird LLP

BY: */s/ David S. Frist*
  Theodore Stevenson (TX Bar No. 19196650)
  Adam B. Ahnhut (TX Bar No. 24106983)
   ted.stevenson@alston.com
   adam.ahnhut@alston.com
  ALSTON& BIRD LLP
  2200 Ross Avenue, Suite 2300
  Dallas, TX 75201
  Phone: (214) 922-3400
  Fax: (214) 922-3899

  Ross Barton (NC Bar No. 37179)
   ross.barton@alston.com
  ALSTON & BIRD LLP
  1120 South Tryon Street
  Suite 300
  Charlotte, NC 28203
  Telephone: (704) 444-1000
  Facsimile: (704) 444-1111

  John D. Haynes (GA Bar No. 340599)
  David S. Frist (GA Bar No. 205611)
  Emily Welch (GA Bar No. 606071)
  Michael C. Deane (GA Bar No. 497195)
  Sloane S. Kyrazis (GA Bar No. 878240)
   john.haynes@alston.com
   david.frist@alston.com
   emily.welch@alston.com
   michael.deane@alston.com
   sloane.kyrazis@alston.com
  ALSTON & BIRD LLP
  One Atlantic Center

1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404)-881-7000
Facsimile: (404) 881-7777

*Attorneys for Defendants AT&T Services, Inc.,
AT&T Mobility LLC, and AT&T Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/s/ *David S. Frist*
David S. Frist (GA Bar No. 205611)
 david.frist@alston.com
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404)-881-7000
Facsimile: (404) 881-7777

*Counsel for Defendants AT&T Services, Inc.,*
*AT&T Mobility LLC, and AT&T Corp.*