UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § | Case No. 2:23-cv-00382 |
| *Plaintiff*, | § | (Lead Case) |
| v. | § | **JURY TRIAL DEMANDED** |
| CELLCO PARTNERSHIP d/b/a VERISON WIRELESS | § | |
| *Defendant* | § | |
| | § | |
| COBBLESTONE WIRELESS, LLC, | § | Case No. 2:23-cv-00380-JRG-RSP |
| *Plaintiff*, | § | (Member Case) |
| v. | § | **JURY TRIAL DEMANDED** |
| AT&T SERVICES INC.; et al. | § | |
| *Defendants*. | § | |
| | § | Case No. 2:23-cv-00381-JRG-RSP |
| COBBLESTONE WIRELESS LLC | § | (Member Case) |
| *Plaintiff,* | § | **JURY TRIAL DEMANDED** |
| T-MOBILE USA, INC. | § | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants submit the following Corporate Disclosure Statement:

T-Mobile USA, Inc., a Delaware corporation, is a wholly owned subsidiary of T-Mobile US, Inc., a Delaware corporation. T-Mobile US, Inc. (NASDAQ: TMUS) is a publicly traded company listed on the NASDAQ Global Select Market of NASDAQ Stock Market LLC. Deutsche Telekom Holding B.V., a limited liability company (*besloten vennotschap met*

*beperkte aansprakelijkheidraies*) organized and existing under the laws of the Netherlands, owns more than 10 percent of T-Mobile US, Inc.'s stock. Deutsche Telekom Holding B.V. is a direct, wholly owned subsidiary of T-Mobile Global Holding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany. Deutsche Telekom Holding B.V. is a direct, wholly owned subsidiary of T-Mobile Global Zwischenholding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany. Deutsche Telekom Holding B.V is a direct, wholly owned subsidiary of Deutsche Telekom AG, an Aktiengesellschaft organized and existing under the laws of the Federal Republic of Germany. Deutsche Telekom AG's shares are traded on "Xetra" and the Frankfurt, Berlin, Düsseldorf, Hamburg, Hannover, Muchen, and Stuttgart stock exchanges in Germany. Deutsche Telekom AG's American Depository Shares, each representing one ordinary share, trade on the OTC market's highest tier, OTCQX International Premier ("DTEGY").

DATED: November 3, 2023

                                           Respectfully submitted,

                                           Alston & Bird LLP

BY: */s/ Ross Barton*
    Theodore Stevenson (TX Bar No. 19196650)
    Adam B. Ahnhut (TX Bar No. 24106983)
     ted.stevenson@alston.com
     adam.ahnhut@alston.com
    ALSTON& BIRD LLP
    2200 Ross Avenue, Suite 2300
    Dallas, TX 75201
    Phone: (214) 922-3400
    Fax: (214) 922-3899

    Ross Barton (NC Bar No. 37179)
     ross.barton@alston.com
    ALSTON & BIRD LLP
    1120 South Tryon Street
    Suite 300
    Charlotte, NC 28203
    Telephone: (704) 444-1000
    Facsimile: (704) 444-1111

-3-

John D. Haynes (GA Bar No. 340599)
David S. Frist (GA Bar No. 205611)
Emily Welch (GA Bar No. 606071)
Michael C. Deane (GA Bar No. 497195)
Sloane S. Kyrazis (GA Bar No. 878240)
 john.haynes@alston.com
 david.frist@alston.com
 emily.welch@alston.com
 michael.deane@alston.com
 sloane.kyrazis@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404)-881-7000
Facsimile: (404) 881-7777

Melissa Richards Smith
(TX Bar No. 24001351)
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903-934-8450
Fax: 903-934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for T-Mobile USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/s/ *Ross Barton*
Ross Barton (NC Bar No. 37179)
ross.barton@alston.com
ALSTON & BIRD LLP
1120 South Tryon Street
Suite 300
Charlotte, NC 28203Telephone: (704) 444-1000
Facsimile: (704) 444-1111

*Counsel for T-Mobile USA, Inc.*