UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br>    *Plaintiff*, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERISON WIRELESS <br><br>    *Defendant* | Case No. 2:23-cv-00382 <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC, <br><br>    *Plaintiff*, <br><br> v. <br><br> AT&T SERVICES INC.; et al. <br><br>    *Defendants*. | Case No. 2:23-cv-00380-JRG-RSP <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS LLC <br><br>    *Plaintiff,* <br><br> T-MOBILE USA, INC. | Case No. 2:23-cv-00381-JRG-RSP <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Cellco Partnership d/b/a Verizon Wireless makes this Corporate Disclosure Statement.

Cellco Partnership d/b/a Verizon Wireless is indirectly wholly-owned by Verizon Communications Inc. Verizon Communications Inc. is a publicly-traded company. No individual or entity owns 10% or more of the stock of Verizon Communications Inc.

DATED: November 3, 2023

        Respectfully submitted,

        Alston & Bird LLP

        BY: <u>*/s/ Ross Barton*</u>
          Theodore Stevenson (TX Bar No. 19196650)
          Adam B. Ahnhut (TX Bar No. 24106983)
           ted.stevenson@alston.com
           adam.ahnhut@alston.com
          ALSTON& BIRD LLP
          2200 Ross Avenue, Suite 2300
          Dallas, TX 75201
          Phone: (214) 922-3400
          Fax: (214) 922-3899

          Ross Barton (NC Bar No. 37179)
           ross.barton@alston.com
          ALSTON & BIRD LLP
          1120 South Tryon Street
          Suite 300
          Charlotte, NC 28203
          Telephone: (704) 444-1000
          Facsimile: (704) 444-1111

          John D. Haynes (GA Bar No. 340599)
          David S. Frist (GA Bar No. 205611)
          Emily Welch (GA Bar No. 606071)
          Michael C. Deane (GA Bar No. 497195)
          Sloane S. Kyrazis (GA Bar No. 878240)
           john.haynes@alston.com
           david.frist@alston.com
           emily.welch@alston.com
           michael.deane@alston.com
           sloane.kyrazis@alston.com
          ALSTON & BIRD LLP
          One Atlantic Center
          1201 West Peachtree Street
          Atlanta, GA 30309-3424
          Telephone: (404)-881-7000
          Facsimile: (404) 881-7777

          Deron Dacus
          ddacus@dacusfirm.com
          The Dacus Firm
          821 ESE Loop 323
          Suite 430
          Tyler, TX 75701
          Telephone: (903) 705-1117
          Facsimile: (903) 581-2543

          *Counsel for Cellco Partnership d/b/a Verizon Wireless*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/s/ *Ross Barton*
Ross Barton (NC Bar No. 37179)
  ross.barton@alston.com
ALSTON & BIRD LLP
1120 South Tryon Street
Suite 300
Charlotte, NC 28203
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

*Counsel for Cellco Partnership d/b/a Verizon Wireless.*