IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:23-cv-00382-JRG-RSP |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS | § § § § | (LEAD CASE) |
| *Defendants*. | § | |

### ORDER

Pending before the Court is Cobblestone Wireless, LLC's ("Cobblestone") Unopposed Motion for Extension of Time to Serve Infringement and Invalidity Contentions. The Court, having considered the unopposed motion, and for good cause shown, finds that the motion should be **GRANTED.**

**IT IS HEREBY ORDERED** that the deadline for Cobblestone to serve contentions pursuant to P.R. 3-1 & 3.2 is extended to December 4, 2023 and the deadline for AT&T Mobility LLC, AT&T Services, Inc., AT&T Corp. ("AT&T"), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), and T-Mobile USA, Inc., ("T-Mobile") (collectively, the "Defendants") to serve contentions pursuant to P.R. 3-3 & 3-4 is extended to January 29, 2024.

All other deadlines shall remain in place absent further leave of Court.

**SIGNED this 20th day of November, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE