UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>              *Plaintiff*,<br>   v.<br><br>CELLCO PARTNERSHIP d/b/a VERISON WIRELESS<br><br>              *Defendant*. | CASE No. 2:23-cv-00382-JRG-RSP (LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br><br>              *Plaintiff*,<br><br>AT&T SERVICES INC.; et al.<br><br>              *Defendants*. | Case No. 2:23-cv-00380-JRG-RSP (Member Case) |
| COBBLESTONE WIRELESS, LLC,<br><br>              *Plaintiff*,<br>   v.<br><br>T-MOBILE USA, INC.<br><br>               *Defendant*. | Case No. 2:23-cv-00381-JRG-RSP (Member Case) |

**PLAINTIFF COBBLESTONE WIRELESS, LLC'S RESPONSE TO DEFENDANT AT&T MOBILITY LLC'S COUNTERCLAIMS**

Plaintiff Cobblestone Wireless, LLC ("Cobblestone" or "Plaintiff") hereby answers the Counterclaims of AT&T Mobility LLC ("AT&T" or "Defendant"), as follows:

**THE PARTIES**

1. Admit.

2. Admit.

1

## JURISDICTION AND VENUE

3. Admit that Defendant's counterclaims arise under the patent laws of the United States and that Defendant seeks certain declaratory relief. Deny that Defendant is entitled to any such relief. Deny any other allegations in this paragraph.

4. Admit that Defendant's counterclaims arise under the patent laws of the United States and that Defendant seeks certain declaratory relief. Deny that Defendant is entitled to any such relief. Deny any other allegations in this paragraph.

5. Admit.

6. Admit that venue is proper in this district. Deny any other allegations in this paragraph.

7. Admit that there is a case or controversy between the parties concerning alleged infringement of the Patents-in-Suit. Deny any other allegations in this paragraph.

8. Admit that there is a case or controversy between the parties concerning alleged infringement of the Patents-in-Suit. Deny any other allegations in this paragraph.

## FIRST COUNTERCLAIM DECLARATION OF NON-INFRINGEMENT OF U.S. PATENT NO. 7,924,802

9. Plaintiff realleges Paragraphs 1-8 as though fully set forth herein.

10. Admit that Plaintiff's allegations in its Complaint speak for themselves. Deny any other allegations in this paragraph.

11. Admit that Defendant denies that it infringes the '802 Patent. Deny any other allegations in this paragraph.

12. Denied.

13. Admit that Defendant denies that it infringes the '802 Patent. Deny any other allegations in this paragraph.

14. Admit that there is a case or controversy between the parties concerning alleged infringement of the '802 Patent. Deny any other allegations in this paragraph.

15. Denied.

16. Denied.

## PRAYER FOR RELIEF

WHEREFORE, Cobblestone prays for the following relief with respect to Defendant's counterclaims:

A. A judgment in favor of Plaintiff on all counterclaims asserted by Defendant;

B. An adjudication that Defendant is not entitled to any relief on its counterclaims, including, without limitation, any fine or damages; and

C. A dismissal with prejudice of Defendant's counterclaims;

D. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees against Defendant;

E. Plaintiff's costs of suit against Defendant; and

F. Any and all other relief as the Court may deem appropriate and just under the circumstances.

## DEMAND FOR JURY TRIAL

Cobblestone demands a trial by jury on all issues so triable.

Dated: November 22, 2023

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin

3

        CA State Bar No. 250761
        Amy E. Hayden
        CA State Bar 287026
        Jacob R. Buczko
        CA State Bar No. 312773
        Peter Tong
        TX State Bar No. 2419042
        Matthew D. Aichele
        VA State Bar No. 77821
        Christian W. Conkle
        CA State Bar No. 306374
        Jonathan Ma
        CA State Bar No. 312773
        RUSS AUGUST & KABAT
        12424 Wilshire Boulevard, 12th Floor
        Los Angeles, CA 90025
        Telephone: 310-826-7474
        Email: rmirzaie@raklaw.com
        Email: mfenster@raklaw.com
        Email: nrubin@raklaw.com
        Email: ahayden@raklaw.com
        Email: jbuczko@raklaw.com
        Email: ptong@raklaw.com
        Email: maichele@raklaw.com
        Email: cconkle@raklaw.com
        Email: jma@raklaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 22, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3)(A).

/s/ Reza Mirzaie
Reza Mirzaie