**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERISON WIRELESS<br><br>*Defendant.* | CASE No. 2:23-cv-00382-JRG-RSP (LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>AT&T SERVICES INC.; et al.<br><br>*Defendants.* | Case No. 2:23-cv-00380-JRG-RSP (Member Case) |
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br>v.<br><br>T-MOBILE USA, INC.<br><br>*Defendant.* | Case No. 2:23-cv-00381-JRG-RSP (Member Case) |

**PLAINTIFF COBBLESTONE WIRELESS, LLC'S RESPONSE TO DEFENDANT
T-MOBILE USA, INC.'S  COUNTERCLAIMS**

Plaintiff  Cobblestone Wireless, LLC ("Cobblestone" or "Plaintiff") hereby answers the

Counterclaims of T-Mobile USA, Inc. ("T-Mobile" or "Defendant"), as follows:

**THE PARTIES**

1.      Admit.

2.      Admit.

1

## JURISDICTION AND VENUE

3.      Admit that Defendant's counterclaims arise under the patent laws of the United States and that Defendant seeks certain declaratory relief. Deny that Defendant is entitled to any such relief. Deny any other allegations in this paragraph.

4.      Admit that Defendant's counterclaims arise under the patent laws of the United States and that Defendant seeks certain declaratory relief. Deny that Defendant is entitled to any such relief. Deny any other allegations in this paragraph.

5.      Admit.

6.      Admit that venue is proper in this district. Deny any other allegations in this paragraph.

7.      Admit that there is a case or controversy between the parties concerning alleged infringement of the Patents-in-Suit. Deny any other allegations in this paragraph.

8.      Admit that there is a case or controversy between the parties concerning alleged infringement of the Patents-in-Suit. Deny any other allegations in this paragraph.

## FIRST COUNTERCLAIM DECLARATION OF NON-INFRINGEMENT OF U.S. PATENT NO. 7,924,802

9.      Plaintiff realleges Paragraphs 1-8 as though fully set forth herein.

10.     Admit that Plaintiff's allegations in its Complaint speak for themselves. Deny any other allegations in this paragraph.

11.     Admit that Defendant denies that it infringes the '802 Patent. Deny any other allegations in this paragraph.

12.     Denied.

13.     Admit that Defendant denies that it infringes the '802 Patent. Deny any other allegations in this paragraph.

14.     Admit that there is a case or controversy between the parties concerning alleged infringement of the '802 Patent. Deny any other allegations in this paragraph.

15.     Denied.

16.     Denied.

### SECOND COUNTERCLAIM DECLARATION OF INVALIDITY OF U.S. PATENT NO. 7,924,802

17.     Plaintiff realleges Paragraphs 1-16 as though fully set forth herein.

18.     Admit that Defendant alleges that the '802 Patent is invalid. Deny any other allegations in this paragraph.

19.     Admit that there is a case or controversy between the parties concerning alleged validity of the '802 Patent. Deny any other allegations in this paragraph.

20.     Admit that there is a case or controversy between the parties concerning alleged validity of the '802 Patent. Deny any other allegations in this paragraph.

### PRAYER FOR RELIEF

WHEREFORE, Cobblestone prays for the following relief with respect to Defendant's counterclaims:

A.     A judgment in favor of Plaintiff on all counterclaims asserted by Defendant;

B.     An adjudication that Defendant is not entitled to any relief on its counterclaims, including, without limitation, any fine or damages; and

C.     A dismissal with prejudice of Defendant's counterclaims;

D.    A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees against Defendant;

E.    Plaintiff's costs of suit against Defendant; and

F.    Any and all other relief as the Court may deem appropriate and just under the circumstances.

## **DEMAND FOR JURY TRIAL**

Cobblestone demands a trial by jury on all issues so triable.

Dated:  November 22, 2023                    Respectfully submitted,

                                             */s/ Reza Mirzaie*_____
                                             Reza Mirzaie
                                             CA State Bar No. 246953
                                             Marc A. Fenster
                                             CA State Bar No. 181067
                                             Neil A. Rubin
                                             CA State Bar No. 250761
                                             Amy E. Hayden
                                             CA State Bar 287026
                                             Jacob R. Buczko
                                             CA State Bar No. 312773
                                             Peter Tong
                                             TX State Bar No. 2419042
                                             Matthew D. Aichele
                                             VA State Bar No. 77821
                                             Christian W. Conkle
                                             CA State Bar No. 306374
                                             Jonathan Ma
                                             CA State Bar No. 312773
                                             RUSS AUGUST & KABAT
                                             12424 Wilshire Boulevard, 12th Floor
                                             Los Angeles, CA 90025
                                             Telephone: 310-826-7474
                                             Email: rmirzaie@raklaw.com
                                             Email: mfenster@raklaw.com
                                             Email: nrubin@raklaw.com
                                             Email: ahayden@raklaw.com
                                             Email: jbuczko@raklaw.com
                                             Email: ptong@raklaw.com

4

Email: maichele@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 22, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3)(A).

*/s/ Reza Mirzaie*
Reza Mirzaie