**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | CASE NO. 2:23-cv-00382 |
|     Plaintiff, | (Lead Case) |
| v. | |
| CELLCO PARTNERSHIP D/BA VERIZON WIRELESS., | JURY TRIAL DEMANDED |
|     Defendants, | |
| ERICSSON INC., | |
|     Intervenor, | |
| COBBLESTONE WIRELESS, LLC, | CASE NO. 2:23-cv-00380 |
|     Plaintiff, | (Member Case) |
| v. | |
| AT&T MOBILITY LLC, AT&T SERVICES, INC., AND AT&T CORP., | JURY TRIAL DEMANDED |
|     Defendants, | |
| ERICSSON INC., | |
|     Intervenor, | |
| COBBLESTONE WIRELESS, LLC, | CASE NO. 2:23-cv-00381 |
|     Plaintiff, | (Member Case) |
| v. | |
| T-MOBILE USA, INC. | JURY TRIAL DEMANDED |
|     Defendants. | |
| ERICSSON INC., | |
|     Intervenor, | |

**NOTICE OF APPEARANCE OF DAVID S. FRIST**

Notice is hereby given that the undersigned attorney, David S. Frist, enters his

appearance in the above-referenced proceedings for Defendant T-Mobile USA, Inc. ("T-Mobile"

or "Defendant"). Defendant respectfully requests that the court take note of this Notice of

Appearance and makes David S. Frist its lead counsel of record in this lawsuit. Copies of all

communications and other documents filed in the above-referenced proceedings that are not filed

via ECF should be emailed or faxed to David S. Frist at the address set forth below.

 Dated:  November 29, 2023                Respectfully submitted,

                                          */s/ David S. Frist*

                                          David S. Frist (GA Bar No. 205611)
                                            david.frist@alston.com
                                          ALSTON & BIRD LLP
                                          1201 West Peachtree Street
                                          Suite 4900
                                          Atlanta, GA 30309
                                          Telephone: (404)881-7000
                                          Facsimile: (404)881-7777
                                          *Counsel for Defendant T-Mobile USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/s/ David S. Frist

David S. Frist (GA Bar No. 205611)
  david.frist@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for Defendant T-Mobile USA, Inc.*