## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | CASE NO. 2:23-cv-00382 |
|     Plaintiff, | (Lead Case) |
| v. | |
| CELLCO PARTNERSHIP D/BA VERIZON WIRELESS., | JURY TRIAL DEMANDED |
|     Defendants, | |
| ERICSSON INC., | |
|     Intervenor, | |
| COBBLESTONE WIRELESS, LLC, | CASE NO. 2:23-cv-00380 |
|     Plaintiff, | (Member Case) |
| v. | |
| AT&T MOBILITY LLC, AT&T SERVICES, INC., AND AT&T CORP., | JURY TRIAL DEMANDED |
|     Defendants, | |
| ERICSSON INC., | |
|     Intervenor, | |
| COBBLESTONE WIRELESS, LLC, | CASE NO. 2:23-cv-00381 |
|     Plaintiff, | (Member Case) |
| v. | |
| T-MOBILE USA, INC. | JURY TRIAL DEMANDED |
|     Defendants. | |
| ERICSSON INC., | |
|     Intervenor, | |

## NOTICE OF APPEARANCE OF DAVID S. FRIST

Notice is hereby given that the undersigned attorney, David S. Frist, enters his

appearance in the above-referenced proceedings for Defendant Cellco Partnership d/b/a Verizon

-1-

Wireless ("Verizon" or "Defendant"). Defendant respectfully requests that the court take note of this Notice of Appearance and makes David S. Frist its lead counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to David S. Frist at the address set forth below.

Dated:  November 29, 2023    Respectfully submitted,

          */s/ David S. Frist*

          David S. Frist (GA Bar No. 205611)
           david.frist@alston.com
          ALSTON & BIRD LLP
          1201 West Peachtree Street
          Suite 4900
          Atlanta, GA 30309
          Telephone: (404)881-7000
          Facsimile: (404)881-7777
          *Counsel for Defendant Cellco Partnership d/b/a*
          *Verizon Wireless*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

*/s/ David S. Frist*

David S. Frist (GA Bar No. 205611)
   david.frist@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for Defendant Cellco Partnership d/b/a*
*Verizon Wireless*