UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP D/BA VERIZON WIRELESS.,<br><br>    Defendants,<br><br>ERICSSON INC.,<br><br>    Intervenor, | CASE NO. 2:23-cv-00382<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>AT&T MOBILITY LLC, AT&T SERVICES, INC., AND AT&T CORP.,<br><br>    Defendants,<br><br>ERICSSON INC.,<br><br>    Intervenor, | CASE NO. 2:23-cv-00380<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>T-MOBILE USA, INC.<br><br>    Defendants.<br><br>ERICSSON INC.,<br><br>    Intervenor, | CASE NO. 2:23-cv-00381<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF MICHAEL C. DEANE**

Notice is hereby given that the undersigned attorney, Michael C. Deane, enters his

appearance in the above-referenced proceedings for Defendant Cellco Partnership d/b/a Verizon

-1-

Wireless ("Verizon" or "Defendant"). Defendant respectfully requests that the court take note of this Notice of Appearance and makes Michael C. Deane its counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Michael C. Deane at the address set forth below.

Dated:  November 29, 2023           Respectfully submitted,

*/s/ Michael C. Deane*
Michael C. Deane (GA Bar No. 497195)
   michael.deane@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for Defendant Cellco Partnership d/b/a Verizon Wireless*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of November, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

*/s/ Michael C. Deane*
Michael C. Deane (GA Bar No. 497195)
  michael.deane@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for Defendant Cellco Partnership d/b/a Verizon Wireless*
