# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP D/BA VERIZON WIRELESS.,<br><br>    Defendants,<br><br>ERICSSON INC.,<br><br>    Intervenor, | CASE NO. 2:23-cv-00382<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>AT&T MOBILITY LLC, AT&T SERVICES, INC., AND AT&T CORP.,<br><br>    Defendants,<br><br>ERICSSON INC.,<br><br>    Intervenor, | CASE NO. 2:23-cv-00380<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>T-MOBILE USA, INC.<br><br>    Defendants.<br><br>ERICSSON INC.,<br><br>    Intervenor, | CASE NO. 2:23-cv-00381<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF JOHN D. HAYNES**

Notice is hereby given that the undersigned attorney, John D. Haynes, enters his appearance in

the above-referenced proceedings for Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon" or

"Defendant"). Defendant respectfully requests that the court take note of this Notice of Appearance and makes John D. Haynes its counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to John D. Haynes at the address set forth below.

Dated:  December 1, 2023              Respectfully submitted,

*/s/ John D. Haynes*
John D. Haynes (GA Bar No. 340599)
john.haynes@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for Defendant Cellco Partnership d/b/a Verizon Wireless*

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

*//s/ John D. Haynes*
John D. Haynes (GA Bar No. 340599)
John.haynes@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for Defendant Cellco Partnership*
*d/b/a Verizon Wireless*
