# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br>    Plaintiff, <br>v. <br><br>CELLCO PARTNERSHIP D/BA VERIZON WIRELESS., <br><br>    Defendants, <br><br>ERICSSON INC., <br><br>    Intervenor, | CASE NO. 2:23-cv-00382 <br>(Lead Case) <br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC, <br><br>    Plaintiff, <br>v. <br><br>AT&T MOBILITY LLC, AT&T SERVICES, INC., AND AT&T CORP., <br><br>    Defendants, <br><br>ERICSSON INC., <br><br>    Intervenor, | CASE NO. 2:23-cv-00380 <br>(Member Case) <br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC, <br><br>    Plaintiff, <br>v. <br><br>T-MOBILE USA, INC. <br><br>    Defendants. <br><br>ERICSSON INC., <br><br>    Intervenor, | CASE NO. 2:23-cv-00381 <br>(Member Case) <br><br>JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE OF EMILY WELCH**

    Notice is hereby given that the undersigned attorney, Emily Welch, enters her appearance

in the above-referenced proceedings for Defendants AT&T Services, Inc., AT&T Mobility LLC,

-1-

and AT&T Corp. (collectively, "AT&T" or "Defendants"). Defendants respectfully request that the court take note of this Notice of Appearance and makes Emily Welch their counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Emily Welch at the address set forth below.

Dated:  December 1, 2023					Respectfully submitted,

					*/s/ Emily Welch*
					Emily Welch (GA Bar No. 606071)
					   Emily.welch@alston.com
					ALSTON & BIRD LLP
					1201 West Peachtree Street
					Suite 4900
					Atlanta, GA 30309
					Telephone: (404)881-7000
					Facsimile: (404)881-7777
					*Counsel for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

Respectfully submitted,

*/s/ Emily Welch*
Emily Welch (GA Bar No. 606071)
  Emily.welch@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.*