UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br><br>*Defendants.* | Case No. 2:23-cv-00382-JRG-RSP **(Lead Case)**<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>AT&T SERVICES INC.; et al. | Case No. 2:23-cv-00380-JRG-RSP (Member Case)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>T-MOBILE USA, INC. | Case No. 2:23-cv-00381-JRG-RSP (Member Case)<br><br>**JURY TRIAL DEMANDED** |

**COBBLESTONE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS**

Plaintiff Cobblestone Wireless, LLC ("Cobblestone or Plaintiff"), files this Unopposed Motion for Extension of Time to Serve Infringement and Invalidity Contentions.

The current deadline for Cobblestone to serve contentions pursuant to P.R. 3-1 & 3.2 is December 4, 2023. The current deadline for Defendants AT&T Mobility LLC, AT&T Services, Inc., AT&T Corp. ("AT&T"), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), and T-Mobile USA, Inc., ("T-Mobile") (collectively, the "Defendants") to serve contentions pursuant to

1

P.R. 3-3 & 3-4 is January 29, 2024. Cobblestone has been diligently preparing its materials and respectfully requests a brief extension of time in order to continue preparing its materials. This extension is not sought for prejudice or delay, but for good cause and so that justice may be served. Counsel for Cobblestone met and conferred with counsel for Defendants and counsel for Defendants indicated that Defendants are unopposed to the relief sought in this Motion.

Accordingly, Cobblestone respectfully requests that the Court extend the deadline for Cobblestone to serve contentions pursuant to P.R. 3-1 & 3.2 to December 11, 2023 and the deadline for Defendants to serve contentions pursuant to P.R. 3-3 & 3-4 to February 5, 2024.

Dated:  December 4, 2023

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Amy E. Hayden
CA State Bar No. 287026
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com

2

>Email: cconkle@raklaw.com
>Email: ahayden@raklaw.com
>Email: jma@raklaw.com
>Email: jbuczko@raklaw.com
>Email: ptong@raklaw.com
>Email: maichele@raklaw.com
>
>***ATTORNEYS FOR PLAINTIFF,***
>***COBBLESTONE WIRELESS, LLC***

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Cobblestone met and conferred with counsel for Defendant regarding the substance of this Motion. Counsel for Defendant indicated that Defendant is unopposed to the relief sought in this Motion.

*/s/ Reza Mirzaie*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 4, 2023.

*/s/ Reza Mirzaie*