UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    *Plaintiff,*<br><br>  v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br><br>    *Defendants.* | Case No. 2:23-cv-00382-JRG-RSP<br>**(Lead Case)**<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br><br>    *Plaintiff,*<br><br>  v.<br><br>AT&T SERVICES INC.; et al. | Case No. 2:23-cv-00380-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| COBBLESTONE WIRELESS, LLC,<br><br>    *Plaintiff,*<br><br>T-MOBILE USA, INC. | Case No. 2:23-cv-00381-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS**

Pending before the Court is Cobblestone Wireless, LLC ("Cobblestone") Unopposed Motion for Extension of Time to Serve Infringement and Invalidity Contentions. The Court, having considered the unopposed motion, and for good cause shown, finds that the motion should be **GRANTED.**

**IT IS HEREBY ORDERED** that the deadlines are extended as Cobblestone to serve contentions pursuant to P.R. 3-1 & 3.2 to December 11, 2023 and the deadline for AT&T Mobility

LLC, AT&T Services, Inc., AT&T Corp. ("AT&T"), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), and T-Mobile USA, Inc., ("T-Mobile") (collectively, the "Defendants") to serve contentions pursuant to P.R. 3-3 & 3-4 to February 5, 2024.

All other deadlines shall remain in place absent further leave of Court.