IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:23-cv-00382-JRG-RSP (LEAD CASE) |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS | § § § § | |
| *Defendants*. | § | |

## ORDER

Pending before the Court is Cobblestone Wireless, LLC ("Cobblestone") Unopposed Motion for Extension of Time to Serve Infringement and Invalidity Contentions. (**Dkt. No. 47**.) The Court, having considered the unopposed motion, and for good cause shown, finds that the motion should be **GRANTED.**

**IT IS HEREBY ORDERED** that the deadlines are extended as Cobblestone to serve contentions pursuant to P.R. 3-1 & 3.2 to December 11, 2023 and the deadline for AT&T Mobility LLC, AT&T Services, Inc., AT&T Corp. ("AT&T"), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), and T-Mobile USA, Inc., ("T-Mobile") (collectively, the "Defendants") to serve contentions pursuant to P.R. 3-3 & 3-4 to February 5, 2024.

All other deadlines shall remain in place absent further leave of Court.

**SIGNED this 5th day of December, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1