# EXHIBIT A

# Ahnhut, Adam

| | |
|---|---|
| **From:** | Barton, Ross |
| **Sent:** | Monday, August 28, 2023 10:09 AM |
| **To:** | Reza |
| **Subject:** | RE: Cobblestone Cases |

Sure.  704-444-1287.  Thanks!

Ross R. Barton
Partner
**ALSTON & BIRD**
1120 South Tryon Street
Suite 300
Charlotte, NC 28203
+1 704 444 1287 (O)
+1 704 909 9179 (M)
Ross.Barton@alston.com

**From:** Reza <rmirzaie@raklaw.com>
**Sent:** Monday, August 28, 2023 11:03 AM
**To:** Barton, Ross <Ross.Barton@alston.com>
**Subject:** Re: Cobblestone Cases

**EXTERNAL SENDER – Proceed with caution**

Hi,

Sure thing. Does tomorrow at 9 am PT work? What's the best number to use? Thanks.

Reza

> On Aug 28, 2023, at 6:04 AM, Barton, Ross <Ross.Barton@alston.com> wrote:
> Hi Reza,
> Do you have some time in the next day or two to connect on the Cobblestone cases? Thanks.
> BR,
> Ross
>
> Ross R. Barton
> Partner
> ALSTON & BIRD LLP
> 101 South Tryon Street, Suite 4000
> Charlotte, NC 28280
> +1.704.444.1287 (O)
> +1.704.909.9179 (M)
>

1

>
>
> _____
> NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.