**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>         *Plaintiff,*<br>    v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>         *Defendant.* | Case No. 2:23-cv-00382-JRG-RSP<br><br>**LEAD CASE** |
| COBBLESTONE WIRELESS, LLC,<br>Plaintiff,<br><br>    v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.,<br><br>         *Defendants.* | Case No.  2:23-cv-00380-JRG-RSP<br><br>**MEMBER CASE** |
| COBBLESTONE WIRELESS, LLC,<br><br>         *Plaintiff,*<br>    v.<br><br>T-MOBILE USA, INC.,<br><br>         *Defendant.* | Case No. 2:22-cv-00381-JRG-RSP<br><br>**MEMBER CASE** |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE
PROPOSED DOCKET CONTROL ORDER AND DISCOVERY ORDER**

Pending before the Court is Plaintiff Cobblestone Wireless, LLC ("Cobblestone") and Defendants T-Mobile USA, Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a Verizon Wireless's (collectively, "Defendants") (collectively, the

1

"Parties") Joint Motion for Extension of Time to File Proposed Docket Control Order and Discovery Order. The Court, having considered the joint motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for filing the proposed docket control order and discovery order is extended from December 18, 2023 to December 22, 2023. All other deadlines shall remain in place absent further leave of Court.