**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br><br>*Defendants.* | Case No. 2:23-cv-00382-JRG-RSP<br><br>**LEAD CASE** |
| COBBLESTONE WIRELESS, LLC,<br>PLAINTIFF,<br><br>v.<br><br>AT&T SERVICES INC.; et al.<br><br>*Defendants.* | Case No.  2:23-cv-00380-JRG-RSP<br><br>**MEMBER CASE** |
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>*Defendants.* | Case No. 2:23-cv-00381-JRG-RSP<br><br>**MEMBER CASE** |

**<u>PLAINTIFF COBBLESTONE WIRELESS, LLC'S NOTICE OF COMPLIANCE</u>**

Plaintiff Cobblestone Wireless, LLC hereby notifies the Court that it has served Preliminary Disclosure of Asserted Claims and Infringement Contentions on all counsel for Defendants *via* electronic mail on December 11, 2023.

Dated: December 19, 2023                                Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Amy E. Hayden
CA State Bar No. 287026
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: ahayden@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
COBBLESTONE WIRELESS, LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of December, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

      */s/ Reza Mirzaie*