IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:23-cv-003822-JRG-RSP |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS | § § § § | (LEAD CASE) |
| *Defendants*. | § | |

### ORDER

Pending before the Court is Plaintiff Cobblestone Wireless, LLC and Defendants T-Mobile USA, Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a Verizon Wireless's Joint Motion for Extension of Time to File Proposed Docket Control Order and Discovery Order. (**Dkt. No. 50**.) The Court, having considered the joint motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for filing the proposed docket control order and discovery order is extended from December 18, 2023 to December 22, 2023. All other deadlines shall remain in place absent further leave of Court.

**SIGNED** this 19th day of December, 2023.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE