# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br> Plaintiff, <br> v. <br><br> CELLCO PARTNERSHIP D/BA VERIZON WIRELESS., <br><br> Defendants, <br><br> NOKIA OF AMERICA CORP., <br><br> Intervenor, | CASE NO. 2:23-cv-00382 <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC, <br><br> Plaintiff, <br> v. <br><br> AT&T MOBILITY LLC, AT&T SERVICES, INC., AND AT&T CORP., <br><br> Defendants, <br><br> NOKIA OF AMERICA CORP., <br><br> Intervenor, | CASE NO. 2:23-cv-00380 <br> (Member Case) <br><br> JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC, <br><br> Plaintiff, <br> v. <br><br> T-MOBILE USA, INC. <br><br> Defendants. <br><br> NOKIA OF AMERICA CORP., <br><br> Intervenor. | CASE NO. 2:23-cv-00381 <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING MOVANT-INTERVENOR NOKIA OF AMERICA CORP.'S UNOPPOSED MOTION FOR LEAVE TO INTERVENE**

Before the Court are Movant-Intervenor Nokia of America Corporation ("Nokia")'s Unopposed Motions to Intervene. (Dkt. No. _); (Dkt. No. __); (Dkt. No. __). Nokia moved to intervene pursuant to Fed. R. Civ. P. 24(a)(2) or, in the alternative, pursuant to Fed. R. Civ. P. 24(b). Having considered the Motions, their unopposed nature, and the relevant authorities, the Court finds that the Motions should be and hereby are **GRANTED**. Accordingly, Nokia is permitted to intervene in theses actions and is **GRANTED LEAVE** to file a responsive pleading in intervention on or before _____.