**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | CASE NO. 2:23-cv-00382 |
|     Plaintiff, | (Lead Case) |
| v. | |
| CELLCO PARTNERSHIP D/BA VERIZON WIRELESS., | JURY TRIAL DEMANDED |
|     Defendants, | |
| NOKIA OF AMERICA CORP., | |
|     Intervenor, | |
| COBBLESTONE WIRELESS, LLC, | |
|     Plaintiff, | CASE NO. 2:23-cv-00380 |
| v. | (Member Case) |
| AT&T MOBILITY LLC, AT&T SERVICES, INC., AND AT&T CORP., | JURY TRIAL DEMANDED |
|     Defendants, | |
| NOKIA OF AMERICA CORP., | |
|     Intervenor, | |
| COBBLESTONE WIRELESS, LLC, | |
|     Plaintiff, | CASE NO. 2:23-cv-00381 |
| v. | (Member Case) |
| T-MOBILE USA, INC. | JURY TRIAL DEMANDED |
|     Defendants. | |
| NOKIA OF AMERICA CORP., | |
|     Intervenor. | |

**[PROPOSED] ORDER GRANTING MOVANT-INTERVENOR NOKIA OF AMERICA CORP.'S UNOPPOSED MOTION FOR LEAVE TO INTERVENE**

Before the Court are Movant-Intervenor Nokia of America Corporation ("Nokia")'s Unopposed Motions to Intervene. (Dkt. No. \_); (Dkt. No. \_\_); (Dkt. No. \_\_). Nokia moved to intervene pursuant to Fed. R. Civ. P. 24(a)(2) or, in the alternative, pursuant to Fed. R. Civ. P. 24(b). Having considered the Motions, their unopposed nature, and the relevant authorities, the Court finds that the Motions should be and hereby are **GRANTED**. Accordingly, Nokia is permitted to intervene in theses actions and is **GRANTED LEAVE** to file a responsive pleading in intervention on or before _____.