**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    *Plaintiff*,<br>  v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>    *Defendant*. | Case No. 2:23-cv-00382-JRG-RSP<br><br>**LEAD CASE** |
| COBBLESTONE WIRELESS, LLC,<br>PLAINTIFF,<br><br>  v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.,<br><br>    *Defendants*. | Case No. 2:23-cv-00380-JRG-RSP<br><br>**MEMBER CASE** |
| COBBLESTONE WIRELESS, LLC,<br><br>    *Plaintiff*,<br>  v.<br><br>T-MOBILE USA, INC.,<br><br>    *Defendant*. | Case No. 2:22-cv-00381-JRG-RSP<br><br>**MEMBER CASE** |

**JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER**

Plaintiff Cobblestone Wireless, LLC ("Cobblestone") and Defendants T-Mobile USA, Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a Verizon Wireless (collectively, "Defendants") (collectively, the "Parties") file this Joint Motion for Entry of Docket Control Order.

The parties further note that good cause exists for modifying the deadline for filing the proposed protective order and complying with paragraphs 1 and 3 of the discovery order from December 26, 2023 to December 29, 2023. The Parties have been diligently preparing these materials and respectfully request a brief extension of time in order to finalize these materials in light of the holidays.  This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Accordingly, the Parties respectfully request that the Court enter the attached Docket Control Order.

Dated: December 22, 2023

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

**ATTORNEYS FOR PLAINTIFF, COBBLESTONE WIRELESS, LLC**

*/s/ David Frist*
David S. Frist

David.Frist@alston.com
John Daniel Haynes
John.Haynes@alston.com
Emily Welch
Emily.Welch@alston.com
Michael Clayton Deane
Michael.Deane@alston.com
Katherine Donald
Katie.Donald@alston.com
Sloane Sueanne Kyrazis
Sloane.Kyrazis@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777

Ross Ritter Barton
Ross.Barton@alston.com
ALSTON & BIRD LLP
101 South Tryon Street
Ste 4000
Charlotte, NC 28280-4000
704/444-1287
Fax: 704/444-1111

Theodore Stevenson, III
Ted.Stevenson@alston.com
ALSTON & BIRD LLP
2200 Ross Ave
Suite 2300
Dallas, TX 75201
214-922-3507
Fax: 214-922-3899

*Attorneys for AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless*

Deron Dacus
ddacus@dacusfirm.com
The Dacus Firm
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903-705-1117

Fax: 903-581-2543

*Attorney* for *AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, and Cellco Partnership d/b/a Verizon Wireless*

Melissa R. Smith
melissa@gillamsmithlaw.com
Tom Gorham
tom@gillamsmithlaw.com
Gillam & Smith LLP
102 N. College, Suite 800
Tyler, TX 75702
903-934-8450
Fax: 903-934-9257

*Attorneys for T-Mobile USA, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 22th day of December 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

                                                                         */s/ Reza Mirzaie*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*/s/ Reza Mirzaie*
