# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS<br>    Defendant. | CASE NO. 2:23-cv-00382-JRG-RSP<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.,<br>    Defendants. | CASE NO. 2:23-cv-00380-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br>    Defendant. | CASE NO. 2:23-cv-00381-JRG-RSP<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File its Opposition to the Defendants' Motion to Consolidate Cases (Dkt. 49) ("Motion"). Having considered Plaintiff's Motion, the Court hereby GRANTS the Motion. The date for Plaintiff to file its opposition to the Motion is extended through and included January 12, 2024.