**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/BA VERIZON WIRELESS.,<br><br>    Defendants,<br><br>ERICSSON INC.,<br><br>    Intervenor, | CASE NO. 2:23-cv-00382<br><br>(Lead Case) |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, AT&T SERVICES, INC., AND AT&T CORP.,<br><br>    Defendants,<br><br>ERICSSON INC.,<br><br>    Intervenor, | CASE NO. 2:23-cv-00380<br><br>(Member Case) |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br><br>    Defendants.<br><br>ERICSSON INC.,<br><br>    Intervenor, | CASE NO. 2:23-cv-00381<br>(Member Case) |

**ORDER**

Before the Court are Movant-Intervenor Ericsson Inc.'s Unopposed Motions to Intervene. (Dkt. No. 56); (Dkt. No. 57); (Dkt. No. 58). Ericsson moved to intervene pursuant to Fed. R. Civ. P. 24(a)(2) or, in the alternative, pursuant to Fed. R. Civ. P. 24(b). Having considered the Motions, their unopposed nature, and the relevant authorities, the Court finds that the Motions should be and hereby are **GRANTED**. Accordingly, Ericsson is permitted to intervene in these actions and is **GRANTED LEAVE** to file a responsive pleading in intervention on or before January 6, 2024.

**SIGNED this 2nd day of January, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE