# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS.,<br><br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION<br><br>    Intervenor, | CASE NO. 2:23-cv-00382<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>AT&T MOBILITY LLC, AT&T SERVICES, INC., AND AT&T CORP.,<br><br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION<br><br>    Intervenor, | CASE NO. 2:23-cv-00380<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>T-MOBILE USA, INC.<br><br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION<br><br>    Intervenor. | CASE NO. 2:23-cv-00381<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT OF INTERVENOR NOKIA OF AMERICA CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1, Nokia of America Corporation makes this Corporate Disclosure Statement. Nokia of America is a wholly owned subsidiary of Nokia Solutions and Networks B.V., a company organized under the laws of the Netherlands, which is a wholly owned subsidiary of Nokia Solutions and Networks Oy, a company organized under the laws of Finland. Nokia Solutions and Networks Oy is a wholly owned subsidiary of Nokia Corporation. Nokia Corporation is a publicly traded company organized under the laws of Finland.

Dated: January 5, 2024

Respectfully submitted,

Alston & Bird LLP

BY: */s/ David S. Frist*
　Theodore Stevenson (TX Bar No. 19196650)
　Adam B. Ahnhut (TX Bar No. 24106983)
　　ted.stevenson@alston.com
　　adam.ahnhut@alston.com
　ALSTON& BIRD LLP
　2200 Ross Avenue, Suite 2300
　Dallas, TX 75201
　Phone: (214) 922-3400
　Fax: (214) 922-3899

　Ross Barton (NC Bar No. 37179)
　　ross.barton@alston.com
　ALSTON & BIRD LLP
　Vantage South End
　1120 South Tryon Street
　Suite 300
　Charlotte, NC 28203-6818
　Phone: 704-444-1000
　Fax: 704-444-1111

　John D. Haynes (GA Bar No. 340599)
　David S. Frist (GA Bar No. 205611)
　Emily Welch (GA Bar No. 606071)
　Michael C. Deane (GA Bar No. 497195)
　Sloane S. Kyrazis (GA Bar No. 878240)
　　john.haynes@alston.com
　　david.frist@alston.com
　　emily.welch@alston.com
　　michael.deane@alston.com
　　sloane.kyrazis@alston.com
　ALSTON & BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404)-881-7000
Facsimile: (404) 881-7777

Deron Dacus
ddacus@dacusfirm.com
The Dacus Firm
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

*Counsel for Nokia of America Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of January, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

      /s/ *David Frist*
      David Frist
        david.frist@alston.com
      ALSTON & BIRD LLP
      1201 W Peachtree St NW
      Atlanta, GA 30309
      Phone: 404-881-7000
      Fax: 404-881-7777

      *Counsel for Nokia of America Corporation*