# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP D/BA VERIZON WIRELESS.,<br><br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br><br>    Intervenor, | CASE NO. 2:23-cv-00382<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>AT&T MOBILITY LLC, AT&T SERVICES, INC., AND AT&T CORP.,<br><br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br><br>    Intervenor, | CASE NO. 2:23-cv-00380<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br>v.<br><br>T-MOBILE USA, INC.<br><br>    Defendants.<br><br>NOKIA OF AMERICA CORPORATION,<br><br>    Intervenor, | CASE NO. 2:23-cv-00381<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF DAVID S. FRIST**

Notice is hereby given that the undersigned attorney, David S. Frist, enters his

appearance in the above-referenced proceedings for Defendant/Intervenor Nokia of America

-1-

Corporation ("Nokia of America" or "Defendant/Intervenor"). Nokia of America respectfully requests that the court take note of this Notice of Appearance and makes David S. Frist its lead counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to David S. Frist at the address set forth below.

| | |
|---|---|
| Dated: January 11, 2024 | Respectfully submitted, |

<u>*/s/ David S. Frist*</u>

David S. Frist (GA Bar No. 205611)
  david.frist@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for Defendant/Intervenor Nokia of America Corporation*

-3-

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of January, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

      */s/ David S. Frist*

      David S. Frist (GA Bar No. 205611)
       david.frist@alston.com
      ALSTON & BIRD LLP
      1201 West Peachtree Street
      Suite 4900
      Atlanta, GA 30309
      Telephone: (404)881-7000
      Facsimile: (404)881-7777
      *Counsel for Defendant/Intervenor Nokia of America Corporation*