UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>  Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP D/BA VERIZON WIRELESS.,<br><br>  Defendants,<br><br>ERICSSON INC.,<br><br>  Intervenor, | CASE NO. 2:23-cv-00382<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>  Plaintiff,<br>v.<br><br>AT&T MOBILITY LLC, AT&T SERVICES, INC., AND AT&T CORP.,<br><br>  Defendants,<br><br>ERICSSON INC.,<br><br>  Intervenor, | CASE NO. 2:23-cv-00380<br>(Member Case)<br><br>JURY TRIAL DEMANDED |
| COBBLESTONE WIRELESS, LLC,<br><br>  Plaintiff,<br>v.<br><br>T-MOBILE USA, INC.<br><br>  Defendants.<br><br>ERICSSON INC.,<br><br>  Intervenor, | CASE NO. 2:23-cv-00381<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF ADAM AHNHUT**

  Notice is hereby given that the undersigned attorney, Adam Ahnhut, enters his appearance in the above-referenced proceedings for Defendant/Intervenor Ericsson Inc.

-1-

-2-

("Ericsson" or "Defendant/Intervenor").  Ericsson respectfully requests that the court take note of this Notice of Appearance and makes Adam Ahnhut its counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Adam Ahnhut at the address set forth below.

Dated:  January 16, 2024             Respectfully submitted,

*s/ Adam Ahnhut*
Adam Ahnhut (TX Bar No. 24106983)
adam.ahnhut@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Email: adam.ahnhut@alston.com
Telephone: 214-922-3400
Facsimile: 214-922-3899
*Counsel for Defendant Ericsson Inc.*

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

*/s/ Adam Ahnhut*
Adam Ahnhut (TX Bar No. 24106983)
adam.ahnhut@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Email: adam.ahnhut@alston.com
Telephone: 214-922-3400
Facsimile: 214-922-3899
*Counsel for Defendant Ericsson Inc.*