AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Cobblestone Wireless, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:23-cv-00382 |
| Cellco Partnership d/b/a Verizon Wireless ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cobblestone Wireless, LLC                                                                                         .

Date:   01/26/2024                                                          /s/ Andrea L. Fair
                                                                                     *Attorney's signature*

                                                                  Andrea L. Fair; Texas Bar No. 24078488
                                                                         *Printed name and bar number*

                                                                            1507 Bill Owens Parkway
                                                                              Longview, Texas 75604

                                                                                        *Address*

                                                                               andrea@wsfirm.com
                                                                                   *E-mail address*

                                                                                 (903) 757-6400
                                                                                 *Telephone number*

                                                                                 (903) 757-2323
                                                                                    *FAX number*