**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | CASE No. 2:23-cv-00382-JRG-RSP (LEAD CASE) |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| CELLCO PARTNERSHIP d/b/a VERISON WIRELESS | |
| Defendants, | |
| ERICSSON INC., and NOKIA OF AMERICA CORPORATION | |
| Intervenors, | |
| COBBLESTONE WIRELESS, LLC, | Case No. 2:23-cv-00380-JRG-RSP (Member Case) |
| Plaintiff, | |
| AT&T MOBILITY LLC, AT&T SERVICES, INC., AND AT&T CORP., | |
| Defendants, | |
| ERICSSON INC., and NOKIA OF AMERICA CORPORATION | |
| Intervenors, | |
| COBBLESTONE WIRELESS, LLC, | Case No. 2:23-cv-00381-JRG-RSP (Member Case) |
| Plaintiff, | |
| v. | |
| T-MOBILE USA, INC. | |
| Defendant, | |
| ERICSSON INC., and NOKIA OF AMERICA CORPORATION | |
| Intervenor | |

1

**PLAINTIFF COBBLESTONE WIRELESS, LLC'S RESPONSE TO INTERVENOR
ERICSSON INC.'S COUNTERCLAIMS (T-MOBILE)**

Plaintiff Cobblestone Wireless, LLC ("Cobblestone" or "Plaintiff") hereby answers the

Counterclaims of Intervenor Ericsson Inc., ("Ericsson" or "Intervenor"), as follows:

**THE PARTIES**

1.      Admit.

2.      Admit.

**JURISDICTION AND VENUE**

3.       Admit that Intervenor's counterclaims arise under the patent laws of the United

States and that Intervenor seeks certain declaratory relief. Deny that Intervenor is entitled to any

such relief. Deny any other allegations in this paragraph.

4.      Admit that Intervenor's counterclaims arise under the patent laws of the United

States and that Defendant seeks certain declaratory relief. Deny that Intervenor is entitled to any

such relief. Deny any other allegations in this paragraph.

5.      Admit.

6.      Admit that venue is proper in this district. Deny any other allegations in this

paragraph.

7.      Admit that there is a case or controversy between the parties concerning alleged

infringement of the Patent-in-Suit. Deny any other allegations in this paragraph.

8.      Admit that there is a case or controversy between the parties concerning alleged

infringement of the Patent-in-Suit. Deny any other allegations in this paragraph.

**FIRST COUNTERCLAIM DECLARATION OF NON-INFRINGEMENT OF U.S.
PATENT NO. 7,924,802**

9.      Plaintiff realleges Paragraphs 1-8 as though fully set forth herein.

2

10.     Admit that Plaintiff's allegations in its Complaint speak for themselves. Deny any other allegations in this paragraph.

11.     Admit that Intervenor denies that any of Intervenor's equipment and technology infringes any valid claim of the '802 Patent. Deny any other allegations in this paragraph.

12.     Deny.

13.     Admit that Intervenor denies that any Intervenor's equipment and technology has infringed or infringes any valid claim of the '802 Patent. Deny any other allegations in this paragraph.

14.     Admit that there is a case or controversy between the parties concerning alleged infringement of the '802 Patent. Deny any other allegations in this paragraph.

15.     Deny.

16.     Deny.

## SECOND COUNTERCLAIM – DECLARATION OF INVALIDITY OF U.S. PATENT NO. 7,924,802

17.     Plaintiff realleges Paragraphs 1-16 as though fully set forth herein.

18.     Deny.

19.     Admit that there is a case or controversy between the parties concerning alleged validity of the '802 Patent. Deny any other allegations in this paragraph.

20.     Deny.

## PRAYER FOR RELIEF

WHEREFORE, Cobblestone prays for the following relief with respect to Intervenor's counterclaims:

A.     A judgment in favor of Plaintiff on all counterclaims asserted by Intervenor;

B. An adjudication that Intervenor is not entitled to any relief on its counterclaims, including, without limitation, any fine or damages; and

C. A dismissal with prejudice of Intervenor's counterclaims;

D. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees against Intervenor;

E. Plaintiff's costs of suit against Intervenor; and

F. Any and all other relief as the Court may deem appropriate and just under the circumstances.

<u>**DEMAND FOR JURY TRIAL**</u>

Cobblestone demands a trial by jury on all issues so triable.

Dated:  January 26, 2024                                Respectfully submitted,

                                                         */s/ Reza Mirzaie*
                                                         Reza Mirzaie
                                                         CA State Bar No. 246953
                                                         Marc A. Fenster
                                                         CA State Bar No. 181067
                                                         Neil A. Rubin
                                                         CA State Bar No. 250761
                                                         Amy E. Hayden
                                                         CA State Bar 287026
                                                         Jacob R. Buczko
                                                         CA State Bar No. 312773
                                                         Peter Tong
                                                         TX State Bar No. 2419042
                                                         Matthew D. Aichele
                                                         VA State Bar No. 77821
                                                         Christian W. Conkle
                                                         CA State Bar No. 306374
                                                         Jonathan Ma
                                                         CA State Bar No. 312773
                                                         RUSS AUGUST & KABAT
                                                         12424 Wilshire Boulevard, 12th Floor
                                                         Los Angeles, CA 90025

Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: ahayden@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 26, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3)(A).


_/s/ Reza Mirzaie_____
Reza Mirzaie