# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTERNSHIP D/B/A VERIZON WIRELESS<br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br>    Intervenors. | Case No. 2:23-cv-00382-JRG-RSP<br>(Lead Case) |
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC; AT&T SERVICES INC.; AT&T CORP.<br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br>    Intervenors. | Case No. 2:23-cv-00380-JRG-RSP<br>(Member Case) |
| COBBLESTONE WIRELESS, LLC,<br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION, ERICSSON INC.<br>    Intervenors. | Case No. 2:23-cv-00381-JRG-RSP<br>(Member Case) |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF RESOLUTION**

Plaintiff Cobblestone Wireless, LLC; Defendants T-Mobile USA, Inc., AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a Verizon Wireless; and Intervenors Nokia of America Corporation and Ericsson Inc. hereby file this Joint Motion to Stay All Deadlines. The parties have reached an agreement in principle on all matters in controversy and request that the Court stay the remaining case deadlines for 30 days, so that the parties may finalize the resolution agreement and prepare the appropriate dismissal papers for the Court.

Dated:  July 31, 2024                                        Respectfully submitted,

*/s/ Amy E. Hayden*                                          */s/ David S. Frist*
Marc Fenster                                                 David S. Frist
CA State Bar No. 181067                                      David.Frist@alston.com
Reza Mirzaie                                                 John Daniel Haynes
CA State Bar No. 246953                                      John.Haynes@alston.com
Neil A. Rubin                                                Emily Welch
CA State Bar No. 250761                                      Emily.Welch@alston.com
Amy E. Hayden                                                Michael Clayton Deane
CA State Bar No. 287026                                      Michael.Deane@alston.com
James Pickens                                                Sloane Sueanne Kyrazis
CA State Bar No. 307474                                      Sloane.Kyrazis@alston.com
Jonathan Ma                                                  ALSTON & BIRD LLP
CA State Bar No. 312773                                      1201 West Peachtree Street NW
Christian W. Conkle                                          Atlanta, GA 30309
CA State Bar No. 306374                                      404-881-7000
RUSS AUGUST & KABAT                                          Fax: 404-881-7777
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025                                        Ross Ritter Barton
Telephone: 310-826-7474                                      Ross.Barton@alston.com
rak_cobblestone@raklaw.com                                   ALSTON & BIRD LLP
                                                             101 South Tryon Street
Qi (Peter) Tong                                              Ste 4000
TX State Bar No. 24119042                                    Charlotte, NC 28280-4000
RUSS AGUUST & KABAT                                          704/444-1287
4925 Greenville Ave, Suite 200                               Fax: 704/444-1111
Dallas, TX 75206
Telephone: 310-826-7474                                      Theodore Stevenson, III
rak_cobblestone@raklaw.com                                   Ted.Stevenson@alston.com
                                                             Adam Ahnhut
Andrea Fair                                                  adam.ahnhut@alston.com
Ward Smith & Hill, PLLC                                      ALSTON & BIRD LLP
1507 Bill Owens Parkway                                      2200 Ross Ave

1

Longview, Texas 75604
(903) 757-6400
andrea@wsfirm.com

*Attorneys for Plaintiff,
Cobblestone Wireless, LLC*

Suite 2300
Dallas, TX 75201
214-922-3507
Fax: 214-922-3899

*Attorneys for Defendants AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless; Intervenor Ericsson, Inc.; Intervenor Nokia of America Corporation.*

Deron Dacus
ddacus@dacusfirm.com
The Dacus Firm
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903-705-1117
Fax: 903-581-2543

*Attorneys for Defendants AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless; Intervenor Ericsson, Inc.; Intervenor Nokia of America Corporation.*

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
tom@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 N. College, Ste. 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendant T-Mobile USA Inc*.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the CM-ECF system on all counsel of record on this 31st day of July 2024.

*/s/ Amy E. Hayden*
Amy E. Hayden

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is jointly sought.

*/s/ Amy E. Hayden*
Amy E. Hayden
