**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>        Plaintiff,<br><br>v.<br><br>CELLCO PARTERNSHIP D/B/A VERIZON<br>WIRELESS<br>        Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>        Intervenors. | Case No. 2:23-cv-00382-JRG-RSP<br>(Lead Case) |
| COBBLESTONE WIRELESS, LLC,<br>        Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC; AT&T SERVICES<br>INC.; AT&T CORP.<br>        Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>        Intervenors. | Case No. 2:23-cv-00380-JRG-RSP<br>(Member Case) |
| COBBLESTONE WIRELESS, LLC,<br>        Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.<br>        Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br>ERICSSON INC.<br>        Intervenors. | Case No. 2:23-cv-00381-JRG-RSP<br>(Member Case) |

**<u>ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES</u>**

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Resolution filed by Plaintiff Cobblestone Wireless, LLC; Defendants T-Mobile USA, Inc., AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a Verizon Wireless; and Intervenors Nokia of America Corporation and Ericsson Inc. After considering the Motion and finding good cause existing for granting the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadlines in these cases are hereby stayed for 30 days.

IT IS SO ORDERED.