IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:23-CV-382-JRG-RSP |
| v. | § § | (LEAD CASE) |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Resolution filed by Plaintiff Cobblestone Wireless, LLC; Defendants T-Mobile USA, Inc., AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp., and Cellco Partnership d/b/a Verizon Wireless; and Intervenors Nokia of America Corporation and Ericsson Inc. (**Dkt. No. 101**.) After considering the Motion and finding good cause existing for granting the Motion, it is **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadlines in these cases are hereby stayed for 30 days to allow the parties to submit dismissal papers.

**SIGNED this 1st day of August, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE