# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff*, <br> v. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> *Defendant*. | Case No. 2:23-cv-00382-JRG-RSP <br><br> **LEAD CASE** |
| COBBLESTONE WIRELESS, LLC, PLAINTIFF, <br><br> v. <br><br> AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP., <br><br> *Defendants*. | Case No. 2:23-cv-00380-JRG-RSP <br><br> **MEMBER CASE** |
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff*, <br> v. <br><br> T-MOBILE USA, INC., <br><br> *Defendant*. | Case No. 2:22-cv-00381-JRG-RSP <br><br> **MEMBER CASE** |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND STAY OF ALL DEADLINES

Plaintiff Cobblestone Wireless, LLC ("Cobblestone"), request extending this Court's stay of the remaining case deadlines through October 8, 2024. The Court, having considered this request, is of the opinion that their request for extension should be granted.

IT IS THEREFORE ORDERED that the deadlines in these cases are hereby stayed through October 8, 2024.