**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | CASE NO. 2:23-CV-00382-JRG-RSP |
| | § | |
| v. | § | |
| | § | (LEAD CASE) |
| CELLCO PARTNERSHIP D/B/A | § | |
| VERIZON WIRELESS, | § | |
| | § | |
| *Defendants*. | § | |

## <u>ORDER</u>

Before the Court is Plaintiff's Unopposed Motion to Extend Stay. (**Dkt. No. 103**.) Having

considered the motion, the Court finds that it should be and hereby is **GRANTED.**

IT IS THEREFORE ORDERED that the above captioned case is hereby stayed through

October 8, 2024.

**SIGNED this 10th day of September, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE