# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>*Defendant.* | Case No. 2:23-cv-00382-JRG-RSP<br><br>**LEAD CASE**<br><br>██████████████ |
| COBBLESTONE WIRELESS, LLC,<br>PLAINTIFF,<br><br>v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; AT&T CORP.,<br><br>*Defendants.* | Case No. 2:23-cv-00380-JRG-RSP<br><br>**MEMBER CASE** |
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>*Defendant.* | Case No. 2:22-cv-00381-JRG-RSP<br><br>**MEMBER CASE** |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Cobblestone Wireless, LLC ("Plaintiff") and Defendants T-Mobile USA, Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Enterprises, LLC, and Cellco Partnership d/b/a ("Defendants"), and Intervenors Nokia of America Corporation and Ericsson Inc. ("Intervenors") (collectively, the "Parties"), have resolved Plaintiff's claims for relief against

LEGAL02/44924967v1

Defendants and Defendants and Intervenors' claims, defenses, and/or counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE Plaintiff, Defendants, and Intervenors, through their attorneys of record, request this Court dismiss Plaintiff's claims for relief against Defendants with prejudice.[1] The Parties request this Court dismiss Defendants and Intervenors' claims, defenses or counterclaims for relief against Plaintiff without prejudice. All attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: October 8, 2024

Respectfully submitted,

/s/ Reza Mirzaie
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Amy E. Hayden
CA State Bar No. 287026
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: ahayden@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

**ATTORNEYS FOR PLAINTIFF,**

---

[1] Solely with respect to certain claims in any [redacted], such certain claims will be dismissed without prejudice. [redacted]

**COBBLESTONE WIRELESS, LLC**

<u>/s/ David S. Frist</u>
David S. Frist
David.Frist@alston.com
John Daniel Haynes
John.Haynes@alston.com
Emily Welch
Emily.Welch@alston.com
Michael Clayton Deane
Michael.Deane@alston.com
Katherine Donald
Katie.Donald@alston.com
Sloane Sueanne Kyrazis
Sloane.Kyrazis@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777

Ross Ritter Barton
Ross.Barton@alston.com
**ALSTON & BIRD LLP**
1120 South Tryon Street
Suite 300
Charlotte, NC 28203
704-444-1287
Fax: 704-444-1111
Theodore Stevenson, III
Adam Ahnhut
Ted.Stevenson@alston.com
Adam.ahnhut@alston.com
**ALSTON & BIRD LLP**
2200 Ross Ave
Suite 2300
Dallas, TX 75201
214-922-3507
Fax: 214-922-3899

*Attorneys for AT&T Services, Inc., AT&T Enterprises, LLC, AT&T Mobility LLC, T-Mobile USA, Inc., Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc. and Nokia of America Corporation*

Deron Dacus
ddacus@dacusfirm.com
**The Dacus Firm**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903-705-1117
Fax: 903-581-2543

*Attorney for AT&T Services, Inc., AT&T Enterprises, LLC, AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Ericsson Inc. and Nokia of America Corporation*

Melissa R. Smith
melissa@gillamsmithlaw.com
Tom Gorham
tom@gillamsmithlaw.com
**Gillam & Smith LLP**
102 N. College, Suite 800
Tyler, TX 75702
903-934-8450
Fax: 903-934-9257

*Attorneys for T-Mobile USA, Inc.*

LEGAL02/44924967v1

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served October 8, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail on this same date.

/s/ *Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

/s/ *Reza Mirzaie*
Reza Mirzaie

LEGAL02/44924967v1