# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, <br> *Plaintiff*, <br> v. <br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br> *Defendant*, <br> ERICSSON INC. and NOKIA OF AMERICA CORP., <br> *Intervenors*. | § § § § § § § § § § § § § | CASE NO. 2:23-cv-00382-JRG-RSP <br> (Lead Case) |
| COBBLESTONE WIRELESS, LLC, <br> *Plaintiff*, <br> v. <br> AT&T SERVICES INC., et al., <br> *Defendants*, <br> ERICSSON INC. and NOKIA OF AMERICA CORP., <br> *Intervenors*. | § § § § § § § § § § § § | CASE NO. 2:23-cv-00380-JRG-RSP <br> (Member Case) |
| COBBLESTONE WIRELESS, LLC, <br> *Plaintiff*, <br> v. <br> T-MOBILE USA, INC., <br> *Defendant*, <br> ERICSSON INC. and NOKIA OF AMERICA CORP., <br> *Intervenors*. | § § § § § § § § § § § § § | CASE NO. 2:23-cv-00381-JRG-RSP <br> (Member Case) |

## **ORDER**

Before the Court is Plaintiff Cobblestone Wireless, LLC's Unopposed Motion to Correct, or in the Alternative, Alter/Amend Order (the "Motion") requesting the Court correct or, alternatively, amend its October 18, 2024 Order of dismissal. (Dkt. No. 109).

Having considered the Motion, and pursuant to Federal Rules of Civil Procedure 60(a) and 59(e), the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the October 18, 2024 Order of dismissal (Dkt. No. 107) is hereby corrected to read as follows:

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Plaintiff Cobblestone Wireless, LLC and Defendants T-Mobile USA, Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Enterprises, LLC, and Cellco Partnership d/b/a Verizon Wireless, and Intervenors Nokia of America Corporation and Ericsson Inc. (Dkt. No. 105.) In the Motion, the parties represent that the above-captioned cases have all been resolved and request dismissal of Plaintiff's claims for relief against Defendants in the above-captioned cases with prejudice.[1] (*Id.* at 2.) The parties also request dismissal of Defendants' and Intervenors' claims, defenses, or counterclaims for relief against Plaintiff without prejudice. (*Id.*)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Plaintiff against Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**,[2] and all claims, defenses, or counterclaims asserted by Defendants and Intervenors against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** all of the above-captioned cases as no parties or claims remain.

---

[1] "Solely with respect to Claims in any Licensor Litigation against Designated Licensees that are based upon Third Party Branded Handsets, such Claims will be dismissed without prejudice. All capitalized terms in the foregoing sentence are understood to have the meaning ascribed to them in the respective agreements of the Parties resolving the instant litigations." (Dkt. No. 105 at 2 n.1.)

[2] Subject to the conditions and exceptions in the above footnote.

## So Ordered this

**Nov 21, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE